UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DENNIS MARTINEZ,**<br>　　　　**Plaintiff,**<br>　　v.<br>**NANCY A. BERRYHILL**, Acting<br>**Commissioner of Social Security,**<br>　　　　**Defendant.** | NO. EDCV 18-1831-KS<br><br>JUDGMENT |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed and the above-captioned action is dismissed with prejudice.

DATE: October 30, 2018

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　KAREN L. STEVENSON
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE